[No. 42091-7-I.    Division One.    December 7, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID GLEN HARRISON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-07484-5, Deborah Fleck, J., entered January 9, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42257-0-I.    Division One.    December 7, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIO G-R, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-04992-1, John M. Darrah, J., entered February 25, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42573-1-I.    Division One.    December 7, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. M.V., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-04633-7, Charles V. Johnson, J., entered April 10, 1998. *Reversed* by unpublished per curiam opinion.

[Nos. 43011-4-I; 43012-2-I.    Division One.    December 7, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK A. WOODLIEF, *Appellant*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 97-1-01502-7, Joseph A. Thibodeau, J., entered June 10, 1998. *Reversed* by unpublished per curiam opinion.